IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIE LARSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV430 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON APPLICATION TO PROCEED |
| | ) | WITHOUT PREPAYMENT OF FEES AND |
| Defendant. | ) | AFFIDAVIT |
| | ) | |

The plaintiff has filed an Application to Proceed Without Prepayment of Fees and Affidavit, filing 3.

IT IS ORDERED that the Application to Proceed Without Prepayment of Fees and Affidavit, is granted, and the plaintiff is permitted to proceed in forma pauperis in this case.

Dated September 20, 2005.

BY THE COURT


s/  Warren K. Urbom
United States Senior District Judge