IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIE LARSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV430 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON DEFENDANT'S MOTION |
| | ) | FOR EXTENSION OF TIME TO RESPOND |
| Defendant. | ) | TO PLAINTIFF'S BRIEF |
| | ) | |

    IT IS ORDERED that the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 15, is granted. The defendant shall have on or before February 10, 2006, to file its response to the plaintiff's brief.

    Dated January 9, 2006.

                        BY THE COURT


                        s/ Warren K. Urbom
                        United States Senior District Judge