IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIE LARSEN, by and through her Legal Guardian MARY LARSEN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) |
| Defendant. | |

8:05CV430

ORDER GRANTING DEFENDANT'S
MOTION TO REVERSE AND REMAND

IT IS ORDERED that:

1. the Defendant's Motion to Reverse and Remand, filing 17, is granted; and

2. the decision of the Administrative Law Judge is reversed and the action is remanded to the Social Security Administration pursuant to 42 U.S.C. § 405(g).

Dated this 31st day of January, 2006.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge