IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIE LARSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV430 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON MOTION FOR ATTORNEY FEES |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On January 31, 2006, I granted the Defendant's Motion to Reverse and Remand, filing 19. Thereafter the plaintiff has moved for attorney fees, filing 20. The defendant has responded that it has no objection to the plaintiff's request in the amount of $3,913.87, filing 23.

    IT THEREFORE IS ORDERED that the Plaintiff's Motion for Attorney Fees, filing 20, is granted and the plaintiff is awarded an attorney's fee in the amount of $3,913.87.

    Dated February 22, 2006.

                                    BY THE COURT

                                    s/ Warren K. Urbom
                                    United States Senior District Judge